UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

20 Mag. 7281

**MOTION FOR ADMISSION**
**PRO HAC VICE**

ERIN VERESPY.

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Charles Christian Young hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Erin Verespy in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of Connecticut and the District Court of Connecticut. There are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

December 21, 2020

Respectfully Submitted,

Charles Christian Young
Cohen and Wolf, PC
1115 Broad Street
Bridgeport, CT 06614
T: 203-337-4110
F: 203-394-9901
cyoung@cohenandwolf.com

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

20 Mag. 7281

ERIN VERESPY.

**AFFIDAVIT OF CHARLES CHRISTIAN YOUNG FOR MOTION FOR ADMISSION PRO HAC VICE**

(1) I have never been convicted of a felony;

(2) I have never been censured, suspended, disbarred or denied admission or readmission by any court;

(3) I have never had any discipline imposed in the past and there are no proceedings presently pending against me;

(4) I recently applied for admission to the Southern District of New York; however, in the course of that application I learned that contrary to the published provisions of the Local Rules, members in good standing of the District Court of Connecticut are not presently permitted to be directly admitted to the bar;

(5) In the process of recently applying for direct admission to the Southern District of New York, I experienced previously atypical delays in obtaining a certificate of good standing from the State of Connecticut that are attributed to covid-related disruptions in the court administrative operations;

(6) I have attached certificates of good standing with the State of Connecticut as well as the District of Connecticut.

December 21, 2020                    Respectfully Submitted,

*[signature]*

Charles Christian Young
Cohen & Wolf, PC
1115 Broad Street
Bridgeport, CT 06604
T: 203-337-4110
F: 203-337-5509
cyoung@cohenandwolf.com


State of Connecticut
       ss: Bridgeport
County of Fairfield


  Personally appeared Charles Christian Young signed and sealer of the foregoing instrument and acknowledged the same to be his free act and deed before me on this 21st day of December, 2020.

*[signature]*
Notary Public
*My Commission Expires:* 9/30/2024

THERESA J. BLUDEVICH
**NOTARY PUBLIC**
My Commission Expires September 30, ~~2009~~ 2024

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

20 Mag. 7281

**ORDER FOR ADMISSION**

**PRO HAC VICE**

ERIN VERESPY.

The motion of Charles Christian Young, for admission to practice Pro Hac Vice in the above caption is granted.

Applicant has declared that he is a member in good standing of the bars of the State of Connecticut and Connecticut District Court; and that his contact information is as follows:

Applicant's Name: Charles Christian Young
Firm Name: Cohen and Wolf, PC
Address: 1115 Broad Street
Bridgeport, CT 06604
Telephone/Fax: 203-368-0211 / 203-337-5509

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Erin Verespy in the above entitled action;

IT IS HEREBY ORDERED that Applicant to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: January 25, 2021

_____
United States District / Magistrate Judge

## STATE OF CONNECTICUT
## JUDICIAL BRANCH

*www.jud.ct.gov*



**STATEWIDE GRIEVANCE COMMITTEE**
Second Floor - Suite Two
287 Main Street, East Hartford, CT 06118-1885

**Michael P. Bowler**
**Statewide Bar Counsel**

I,     Michael P. Bowler, Statewide Bar Counsel     , do hereby certify, based upon information received from the Clerk's Office of the Superior Court for the Judicial District of Hartford, and from the records received from the local grievance committees and grievance panels, and from the records of the Statewide Grievance Committee that

## CHARLES C. YOUNG

*of*

## ORANGE, CT

is a member in good standing of the Connecticut Bar, and has been admitted to same since October 28, 1998.

_____
Michael P. Bowler, Statewide Bar Counsel
December 14, 2020

JDBARCERT2, REV. 4/08

# United States District Court for the District of Connecticut



## Certificate of Good Standing

I, Robin D. Tabora, Clerk of this Court, do hereby certify that

## C. Christian Young

(Bar #ct20199) was duly admitted to practice in this Court on May 7, 1999 and is in good standing as a member of the Bar of this Court.

Dated at Bridgeport, Connecticut on December 21, 2020.

Robin D. Tabora, Clerk

by Deputy Clerk: Bryan J. Blough

LF-136 Form (Rev. 3/1/20)