UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

United States of America

                                                 **SCHEDULING ORDER**

         -against-                                  20 MJ 7281

Erin Verespy,

                                   Defendant.
---------------------------------------------------------------x

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

       An arraignment proceeding before Magistrate Judge Krause is hereby scheduled for **Thursday, March 11, 2021, at 11:00 a.m.**

       Members of the public who are interested in attending this proceeding may do so by dialing in to the teleconference line. To access the teleconference, please follow these directions: (1) dial the meeting number: (877) 336-1831; (2) enter the access code: 2751700; and (3) press pound (#) to enter the teleconference as a guest.

       Should counsel experience any technical issues with the teleconferencing system, please contact Chambers at (914) 390-4070.

Dated:  March 9, 2021
           White Plains, New York

                                                **SO ORDERED.**

                                                _____
                                                ANDREW E. KRAUSE
                                                United States Magistrate Judge